UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                                  Chapter 7

RUTH CHARLES,                                              Case No. 14-43719-ess

                        Debtor.
----------------------------------------------------------x

## ORDER SCHEDULING HEARING ON
## APPLICATION FOR ORDER TO SHOW CAUSE

WHEREAS, on July 21, 2014, Ruth Charles filed a petition for relief under Chapter 7 of the Bankruptcy Code; and

WHEREAS, on July 21, 2014, Richard E. O'Connell was appointed as Chapter 7 Trustee in this case; and

WHEREAS, on September 4, 2014, the Debtor filed an application stating that she was evicted "despite serving the Marshall with the papers from the Court" and seeking the entry of an order to show cause (the "OSC Application") why an order should not be entered stating that a stay is in effect and for other relief.

NOW THEREFORE, it is hereby

ORDERED, that a hearing on the OSC Application and the relief sought therein will be held on September 9, 2014, at 10:00 AM before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

ORDERED, that the Debtor is directed to serve a copy of this Order and the OSC Application by overnight express mail by September 5, 2014 at 5:00 P.M. upon the Trustee Richard E.

O'Connell, and all known creditors and parties in interest; and it is further

ORDERED, that a schedule for submissions in opposition to the relief sought in the OSC Application may be set at the September 9, 2014 hearing.



Dated: Brooklyn, New York
September 4, 2014

_____
Elizabeth S. Stong
United States Bankruptcy Judge

TO:
Ruth Charles
162 Herkimer Street
Brooklyn, NY 11216

Richard E. O'Connell
Yost & O'Connell
24-44 Francis Lewis Blvd.
Whitestone, NY 11357

Mt. Sinai Hospital
P.O. 27761
New York, 10087-7761

212 Lefferts LLC
Adam Falk
777 Old Country Road
Plainview, NY 11803

Ronni N. Arnold
Arent Fox
1675 Broadway
New York, NY 10019